UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

        Plaintiff,

     -v-                                        13-CV-1221-S

$3,945.00 UNITED STATES CURRENCY,

        Defendant.

_____

## ORDER OF FORFEITURE

Based upon the *Settlement and Forfeiture Agreement* executed and filed with the Court in the above captioned litigation, and after review and due deliberation, it is hereby

ORDERED, that $1,000.00 of the defendant currency shall be returned to the claimant pursuant to the terms of *Settlement and Forfeiture Agreement* filed in this case, and that the remaining $2,945.00 United States Currency is now and hereby forfeited to the government pursuant to Title 21, United States Code, Section 881(a)(6) and shall be disposed of by the United States Marshals Service according to the law.

ORDERED, the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary.

     **SO ORDERED**.

DATED:    March 30, 2014.
             Buffalo, NY                                    <u>s/William M. Skretny</u>
                                                                       WILLIAM M. SKRETNY
                                                                             Chief Judge
                                                              United States District Court